1 | Law Office of William E. Kennedy
William E. Kennedy (CSB# 158214)
2 | Marco P. Quintana (CSB# 237295)
2797 Park Ave., Ste. 201
3 | Santa Clara, CA 95050
408-241-1000 phone
4 | 408-241-1500 fax
**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARISSA REED and JOHN REED,<br>　　　　Plaintiffs,<br><br>vs.<br><br>BRONSON & MIGLIACCIO, L.L.P.,<br>　　　　Defendant | §<br>§<br>§<br>§  Civil Action No.: C06-02607 CW<br>§<br>§<br>§  STIPULATION TO EXTENSION OF ANSWER<br>§  DATE<br>§<br>§ |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

　　Marissa Reed and John Reed, Plaintiffs, hereby stipulates to an extension of time until June 25, 2006, for Defendant to file its answers in this case.

　　Signed this 26 day of May, 2006.

_____
Law Office of William E. Kennedy
William E. Kennedy (CSB# 158214)
Marco P. Quintana (CSB# 237295)
2797 Park Ave., Ste. 201
Santa Clara, CA 95050
408-241-1000 phone
408-241-1500 fax

ATTORNEYS FOR PLAINTIFFS

APPROVED this 30th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing has been served on Defendant's attorney by facsimile transmission, receipt of which has been electronically confirmed, on this, the 26 day of May, 2006, addressed as follows:

> Mr. Manuel H. Newburger
> Barron & Newburger, P.C.
> 1212 Guadalupe Street, Suite 104
> Austin, TX 78701
> Fax: (512) 476-9253

Marco P. Quintana