TIMOTHY P. JOHNSON (BAR NO. 66333)
**JOHNSON & CHAMBERS**
1572 N. BATAVIA STREET, SUITE 2
ORANGE, CALIFORNIA 92867
TELEPHONE: (714) 685-3300
FACSIMILE: (714) 998-5680
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant BRONSON & MIGLIACCIO, LLP

UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| MARISSA REED and JOHN REED, | Case No. C06-02607 CW |
|---|---|
| Plaintiffs, | |
| vs. | STIPULATION FOR DISMISSAL [With Prejudice] |
| BRONSON & MIGLIACCIO, L.L.P., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiffs MARISSA REED and JOHN REED and Defendant BRONSON & MIGLIACCIO, LLP, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) as to Defendant BRONSON & MIGLIACCIO, LLP only.

Dated: ~~July~~ Aug 15, 2006

LAW OFFICE OF WILLIAM E. KENNEDY

By: /s/
MARCO P. QUINTANA
Attorneys for Plaintiffs MARISSA REED and JOHN REED

1

2  Dated: July 7, 2006   JOHNSON & CHAMBERS

3

4   By: _____

5   TIMOTHY P. JOHNSON
    Attorneys for Defendant BRONSON &
6   MIGLIACCIO, LLP

7

8   **ORDER**

9       IT IS SO ORDERED.

10  Dated: August 22, 2006   _[signature]_

11  _____
    JUDGE OF THE UNITED STATES
12  DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL                -2-                    C06-02607 CW